AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

CoxCom, Inc. dba Cox Comm. NE

V.

Lori Dale

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 04 391T

TO: (Name and address of Defendant)

Lori Dale
95 Burbank Drive
Warwick, RI 02886

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Francis Holbrook
Miller, Scott & Holbrook
122 Touro Street
Newport, RI 02840
(401) 847-7500

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 9.3.04

(By) DEPUTY CLERK

2

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 10-18-04 |
|---|---|
| NAME OF SERVER *(PRINT)* PAUL GHUGHES | TITLE FEDERAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the ~~third-party~~ defendant. Place where served: 95 BURBANK DR. WARWICK RI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: __________

☐ Returned unexecuted: __________

☐ Other (specify): __________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/18/04 [signature]
Date Signature of Server

7 Eva Ln Crans. RI
Address of Server
(401) 944-6980

FILED
2004 OCT 25 A 11:52
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.