**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CoxCom, Inc.** | : | |
| **dba Cox Communications New England** | : | |
| Plaintiff, | : | **Case No.: CA 04 391 T** |
| vs. | : | |
| **Lori Dale** | : | |
| Defendant | : | |

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**

Now comes the Plaintiff CoxCom, Inc. dba Cox Communications New England (hereinafter "Cox" or the "Plaintiff"), in the above-entitled action and requests this Honorable Court to enter a default against Defendant Lori Dale (hereinafter the "Defendant"), in this action.

As reasons therefore, the Plaintiff states that the Defendant has failed to appear, has failed to serve a responsive pleading, and has failed to otherwise defend against the Plaintiff's claims, pursuant to Rule 12 of the Fed. R. Civ. P.

**WHEREFORE**, the Plaintiff respectfully requests that this Honorable Court enter a default against the Defendant. The Affidavit of Plaintiff's Attorney reciting compliance with Rule 12 and Rule 55 of the Fed. R. Civ. P. is annexed hereto and made a part hereof.

3

Respectfully Submitted for the Plaintiff,
CoxCom, Inc.
dba Cox Communications New England
By Its Local Attorney,

1/18/05
Date

Francis S. Holbrook II
Miller Scott & Holbrook
122 Touro Street
Newport, RI 02840
(401) 847-7500

**CERTIFICATE OF SERVICE**

I, Francis Holbrook, local attorney for the Plaintiff, hereby certify that on the 18th day of January, 2005, a copy of the foregoing was sent via first class mail to:

Lori Dale
95 Burbank Drive
Warwick, RI 02886

Francis S. Holbrook II, Esq.

FILED
2005 JAN 26 P 12:05
DISTRICT COURT
OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CoxCom, Inc.** | : | |
| **dba Cox Communications New England** | : | |
| **Plaintiff,** | : | **Case No.: CA 04 391 T** |
| **vs.** | : | |
| **Lori Dale** | : | |
| **Defendant** | : | |

## AFFIDAVIT OF ATTORNEY FOR PLAINTIFF'S REQUEST FOR DEFAULT

Now comes Francis S. Holbrook II, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. On September 3, 2004, the Plaintiff filed a Complaint against the Defendant, Lori Dale (hereinafter the "Defendant"), in United States District Court, alleging violations of 47 U.S.C. § 553.

2. On October 18, 2004, the said Defendant was served **by delivering personally to the Defendant a Summons and Complaint** (see copy of Deputy Sheriff's Return of Service marked **Exhibit A**, attached hereto, and made a part hereof).

3. Pursuant to the provisions of Rule 12 of the Fed. R. Civ. P., the Defendant had twenty days after being served with the summons and complaint within which to serve an answer to Plaintiff's Complaint.

4. To date, the Defendant has failed and neglected to file an answer to Plaintiff's Complaint or to otherwise defend against Plaintiff's claims.

5. I have filed herewith an application for entry of default, with the request that a Notice of Default be entered by this Court.

6. I have attached a Form of Order entitled Notice of Default, for the Court's use if it shall determine that the said Defendant is in default.

Respectfully Submitted for the Plaintiff,
CoxCom, Inc.
dba Cox Communications New England
By Its Attorney,

Francis S. Holbrook II (3412)
Miller Scott & Holbrook
122 Touro Street
Newport, RI 02840
(401) 847-7500

Subscribed and sworn to, under the pains and penalties of perjury, this 18th day of January, 2005.

Kathleen M Dunn
Notary Public Kathleen M Dunn
My Commission Expires: 8/20/05

FILED
2005 JAN 26 P 12:05
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

CoxCom, Inc. dba Cox Comm. NE

V.

Lori Dale

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 04 391T

TO: (Name and address of Defendant)

Lori Dale
95 Burbank Drive
Warwick, RI 02886

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Francis Holbrook
Miller, Scott & Holbrook
122 Touro Street
Newport, RI 02840
(401) 847-7500

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 9.3.04

(By) DEPUTY CLERK