X

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CoxCom, Inc.** | : | |
| **dba Cox Communications New England** | : | |
| Plaintiff, | : | **Case No.: CA 04 391 T** |
| vs. | : | |
| **Lori Dale** | : | |
| Defendant | : | |

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**

Now comes the Plaintiff CoxCom, Inc. dba Cox Communications New England (hereinafter "Cox" or the "Plaintiff"), in the above-entitled action and requests this Honorable Court to enter a default against Defendant Lori Dale (hereinafter the "Defendant"), in this action.

As reasons therefore, the Plaintiff states that the Defendant has failed to appear, has failed to serve a responsive pleading, and has failed to otherwise defend against the Plaintiff's claims, pursuant to Rule 12 of the Fed. R. Civ. P.

**WHEREFORE**, the Plaintiff respectfully requests that this Honorable Court enter a default against the Defendant. The Affidavit of Plaintiff's Attorney reciting compliance with Rule 12 and Rule 55 of the Fed. R. Civ. P. is annexed hereto and made a part hereof.

**DEFAULT HEREBY ENTERED:**

[signature]

**DEPUTY CLERK**

DISTRICT OF RHODE ISLAND
U.S. DISTRICT COURT
'05 JAN 28 P 4: 18
FILED

4