AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

Coxcom

v.

Lori Dale

APPEARANCE

CASE NUMBER: CA04-391T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Lori Dale

I certify that I am admitted to practice in this court.

10/20/05
*Date*

*Signature*

Joseph J Altieri 2712
*Print Name* *Bar Number*

301 Metro Center Blvd
*Address*

Warwick RI 02886
*City* *State* *Zip Code*

736-6600 736-6602
*Phone Number* *Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.