MILLER SCOTT & HOLBROOK

*Attorneys and Counselors at Law*

MICHAEL W. MILLER
TURNER C. SCOTT
FRANCIS S. HOLBROOK II*

*Of Counsel*
ROLAND F. CHASE

**also admitted in Connecticut*

January 10, 2006

Judge Lincoln Almond
United States District Court
Two Exchange Terrace
Providence, RI 02903

**RE:** ***CoxCom Inc. vs Lori Dale***
***C.A. No.: 04-391T***

Dear Judge Almond:

In connection with the above matter, the parties have come to an agreement relative to settlement. The parties have agreed that the Defendant shall pay CoxCom, Inc. $2,500.00 within thirty days and upon receiving said payment, the matter would be dismissed with prejudice.

In the event the Defendant fails to make payment in full within thirty days, judgment shall enter in the amount of $2,500.00 in favor of the Plaintiff and against the Defendant.

Please advise whether it is necessary for the parties to appear in court on January 11, 2006.

Respectfully,
MILLER SCOTT & HOLBROOK

Francis S. Holbrook II

cc: Joseph J. Altieri, Esquire

FSH/cb
3446.wpdcb-/

1/10/06: THE 1/11/06 HEARING IS CANCELLED BASED ON THE PARTIES' SETTLEMENT. THE CASE SHALL BE DISMISSED BY 2/15/06 SUBJECT TO PAYMENT OF THE SETTLEMENT AMOUNT BY DEFENDANT.

122 TOURO STREET NEWPORT, RHODE ISLAND 02840-2967 TEL 401-847-7500 FAX 401-848-5854 E-MAIL attorney@millerscott.com