UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED JAN 17 2006
Property of U.S. District Court
District of Rhode Island

| | | |
|---|---|---|
| COXCOM, INC. d/b/a<br>COX COMMUNICATIONS NEW ENGLAND<br>Plaintiff | : | C.A. No.: 04-CV-391 T |
| vs | : | |
| LORI DALE<br>Defendant | : | |

**SETTLEMENT AGREEMENT**

In reference to the above matter, the parties have reached an agreement as to settlement. The parties stipulate and agree that the Defendant shall pay to the Plaintiff, on or before February 15, 2006, the sum of $2,500.00 which amount represents full and final satisfaction of the above referenced case. Said payment shall be made by bank and/or certified check. If the sum of $2,500.00 is paid in full on or before February 15, 2006, a Dismissal Stipulation shall be submitted to the court.

In the event the Defendant fails to make payment in full to the Plaintiff on or before February 15, 2006, a judgment shall enter in favor of the Plaintiff and against the Defendant in the amount of $2,500.00.

Plaintiff
CoxCom, Inc. d/b/a
Cox Communications New England
By their attorney

Francis S. Holbrook II, (3412)
Miller Scott & Holbrook
122 Touro Street
Newport, RI 02840
401-847-7500
Fax: 401-841-8534

Defendant
Lori Dale
By her attorney

Joseph J. Altieri,
301 Metro Center Boulevard,
Suite 102
Warwick, RI 02886
401-736-6600
Fax: 401-736-6602

**CERTIFICATION**

I hereby certify that on the 11th day of January, 2006, I sent by first class mail a copy of the within Stipulation and Settlement Agreement to Joseph J. Altieri, Esquire, 301 Metro Center Boulevard, Suite 102, Warwick, RI 02886.

Francis S. Holbrook II

3450/cb

ENTER
Ernest C. Torres
Chief U.S. District Judge
DATE