UNITED STATES DISTRICT COURT
DISTRICT OF RI

**CoxCom, Inc.** :
**dba Cox Communications New England** :
Plaintiff, :
vs. : **Case No.: CA 04 - CV - 391 T**
**Lori Dale** :
Defendant :

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-entitled action have agreed to settle this matter, pursuant to the provisions of Fed. R. Civ. P. 41(a)(i), hereby stipulate that said action be dismissed with prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
CoxCom, Inc. dba
Cox Communications New England
By Its Attorney,

2/13/06
Date

Francis Holbrook 3412
**Miller, Scott & Holbrook**
122 Touro Street
Newport, RI 02840
(401) 847-7500

RECEIVED
FEB 16 2006
Property of U.S. District Court
District of Rhode Island

Lori Dale
By her Attorney

2/14/06
Date

Joseph J. Altieri
301 Metro Center, Suite 102
Warwick, RI 02886
(401) 736-6602

ENTER
Ernest C. Torres
Chief, U.S. District Judge
DATE 2/22/06

## CERTIFICATE OF SERVICE

I, Francis Holbrook, attorney for the Plaintiff, hereby certify that I have, on this 13th day of February, 2006 served a copy of the foregoing, via first class mail, postage prepaid, to the following:

Joseph J. Altieri, Esquire
301 Metro Center, Suite 102
Warwick, RI 02886

Francis Holbrook 3412
**Miller, Scott & Holbrook**
122 Touro Street
Newport, RI 02840
(401) 847-7500

3608/cb